KATHRYN C. WANNER (Cal. Bar No. 269310)
Email: wannerk@sec.gov
SARA D. KALIN (Cal. Bar No. 212156)
Email: kalins@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Michele Wein Layne, Regional Director
Alka Patel, Associate Regional Director
Jennifer Chun Barry, Acting Regional Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>  Plaintiff,<br><br>vs.<br><br>DAWSON L. DAVENPORT; ELITE AEROSPACE GROUP, INC. f/k/a ELITE AVIATION PRODUCTS, INC.; ROBERT A. GUNTON; ANDREA J. LINDSTROM; MICHAEL P. OWENS; DUSTIN B. TILLMAN; JULIE A. YALE; and ZEESHAWN S. ZIA,<br><br>  Defendants. | Case No. 8:21-cv-01427-JLS-JDE<br><br>**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S NOTICE OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT ELITE AEROSPACE GROUP, INC. f/k/a ELITE AVIATION PRODUCTS, INC.** |

TO: Elite Aerospace Group, Inc., f/k/a/ Elite Aviation Products, Inc. ("Elite"), defendant, and Karen Sue Naylor, Chapter 7 bankruptcy trustee for Elite.

PLEASE TAKE NOTICE that plaintiff United States Securities and Exchange Commission, plaintiff in the above-entitled action, dismisses the action without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure (Fed. R. Civ. P. 41(a)(1)), permitting dismissal by the plaintiff, without order of court, by the filing of a notice of dismissal at any time before service by the adverse party of an answer or a motion for summary judgment.

DATED: November 7, 2022     Respectfully submitted,

/s/ Kathryn C. Wanner
Kathryn C. Wanner
Sara D. Kalin
Attorneys for Plaintiff
Securities and Exchange Commission

# PROOF OF SERVICE

I am over the age of 18 years and not a party to this action. My business address is:

    U.S. SECURITIES AND EXCHANGE COMMISSION,
    444 S. Flower Street, Suite 900, Los Angeles, California 90071
    Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904.

On November 7, 2022, I caused to be served the document entitled **PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S NOTICE OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT ELITE AEROSPACE GROUP, INC. f/k/a/ ELITE AVIATION PRODUCTS, INC.** on all the parties to this action addressed as stated on the attached service list:

☒ **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐ **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐ **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☒ **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒ **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

    I declare under penalty of perjury that the foregoing is true and correct.

Date: November 7, 2022                                                */s/ Kathryn C. Wanner*
                                                                    Kathryn C. Wanner

*SEC v. Dawson L. Davenport, et al.*
United States District Court—Central District of California
Case No. 8:21-cv-01427-JLS-JDE

## SERVICE LIST

John van Loben Sels, Esq. (via CM/ECF)
FISH IP LAW, LLP
2603 Main Street, Suite 1000
Irvine, CA 92614
Email: jvanlobensels@fishiplaw.com
***Attorney for Defendants Dawson L. Davenport, Robert A. Gunton, Andrea J. Lindstrom and Michael P. Owens***

Richard D. Farkas, Esq. (via CM/ECF)
LAW OFFICES OF RICHARD D. FARKAS
15300 Ventura Boulevard, Suite 504
Sherman Oaks, CA 91403
Email: richarddf@aol.com
***Attorney for Defendant Julie A. Yale***

Elite Aerospace Group, Inc. (via U.S. mail)
c/o Incorp Services, Inc.
919 N. Market Street, Suite 950
Wilmington, DE 19801
***Registered Agent Defendant Elite Aerospace Group***

Dustin B. Tillman (via email)
Email: █████@gmail.com
***Pro Se***

Zeeshawn S. Zia (via email)
Email: ████████@gmail.com
***Pro Se***