

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>DAWSON L. DAVENPORT; ELITE AEROSPACE GROUP, INC. f/k/a ELITE AVIATON PRODUCTS, INC.; ROBERT A GUNTON; ANDREA J. LINDSTROM; MICHAEL P. OWENS; DUSTIN B. TILLMAN; JULIE A. YALE; and ZEESHAWN S. ZIA,<br><br>Defendants. | Case No. 8:21-cv-01427-PD<br><br>**VERDICT FORM** |

# VERDICT

1. With respect to the SEC's first claim, that Defendants Michael Owens, Dawson Davenport, Robert Gunton, Andrea Lindstrom, and Julie Yale violated Section 10(b) of the Exchange Act and SEC Rule 10b-5(a) or (c), we the jury find:

    Michael Owens
    Liable: ✓      Not Liable: _____

    Dawson Davenport
    Liable: ✓      Not Liable: _____

    Robert Gunton
    Liable: ✓      Not Liable: _____

    Andrea Lindstrom
    Liable: ✓      Not Liable: _____

    Julie Yale
    Liable: ✓      Not Liable: _____

2. With respect to the SEC's second claim, that Defendants Michael Owens, Dawson Davenport, Robert Gunton, Andrea Lindstrom, and Julie Yale violated Section 17(a)(1) and Section 17(a)(3) of the Securities Act, we the jury find:

    As to Section 17(a)(1):

    Michael Owens
    Liable: ✓      Not Liable: _____

Dawson Davenport
Liable: ✓           Not Liable: _____

Robert Gunton
Liable: ✓           Not Liable: _____

Andrea Lindstrom
Liable: ✓           Not Liable: _____

Julie Yale
Liable: ✓           Not Liable: _____

As to Section 17(a)(3):

Michael Owens
Liable: ✓           Not Liable: _____

Dawson Davenport
Liable: ✓           Not Liable: _____

Robert Gunton
Liable: ✓           Not Liable: _____

Andrea Lindstrom
Liable: ✓           Not Liable: _____

Julie Yale
Liable: ✓           Not Liable: _____

3. With respect to the SEC's third claim, that Defendants Michael Owens, Robert Gunton, and Julie Yale violated Section 5 of the Securities Act, we the jury find:

   Michael Owens
   Liable: ✓          Not Liable: _____

   Robert Gunton
   Liable: ✓          Not Liable: _____

   Julie Yale
   Liable: ✓          Not Liable: _____

4. With respect to the SEC's fourth claim, that Defendants Michael Owens violated Section 15(a) of the Exchange Act, we the jury find Michael Owens:

   Liable: ✓          Not Liable: _____

DATED: 9/20/2024

███████████████████
FOREPERSON

4