KATHRYN C. WANNER (Cal. Bar No. 269310)
Email:  wannerk@sec.gov
DONALD W. SEARLES (Cal Bar No. 135705)
Email:  searlesd@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Gary Y. Leung, Associate Director
Douglas M. Miller, Regional Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>DAWSON L. DAVENPORT; ELITE AEROSPACE GROUP, INC. f/k/a ELITE AVIATION PRODUCTS, INC.; ROBERT A. GUNTON; ANDREA J. LINDSTROM; MICHAEL P. OWENS; DUSTIN B. TILLMAN; JULIE A. YALE; and ZEESHAWN S. ZIA,<br><br>Defendants. | Case No. 8:21-cv-01427-PD<br><br>**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION *EX PARTE* APPLICATION FOR A TEMPORARY RESTRAING ORDER, ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT BE GRANTED AND ORDERS (1) FREEZING SPECIFIC ASSETS OF DEFENDANT MICHAEL P. OWENS; (2) REQUIRING AN ACCOUNTING; AND (3) GRANTING EXPEDITED DISCOVERY** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Under Rule 65(b) of the Federal Rules of Civil Procedure and L.R. 7-19 and 65-1, Plaintiff Securities and Exchange Commission ("SEC") will and hereby does apply, *ex parte*, for a temporary restraining, order to show cause why a preliminary injunction should not be granted and orders: (1) freezing specific assets of Defendant Michael P. Owens ("Owens"); (2) requiring an accounting; and (3) granting expedited discovery.

YOU have **one business** from the date and time of the electronic filing of this application to file any opposition thereto.  The date and time set for the hearing on the order to show cause why a preliminary injunction should not be granted will be set forth in the Court's order concerning the Commission's application.

The SEC seeks a temporary restraining order to freeze specific assets of Owens, an accounting, and expedited discovery, as the SEC has already succeeded on the merits of its claims against Owens, and Owens has recently dissipated a substantial portion of his assets and the likelihood exists that he will continue to dissipate his assets if an asset freeze is not ordered.  The application also seeks an order requiring Owens to provide an accounting and permitting the SEC to take expedited discovery.

This application is made based on this Application; the Memorandum of Points and Authorities in support thereof filed concurrently with this Application; the Declarations of Kathryn C. Wanner and Yvette Owens and exhibits thereto; and all papers, pleadings, documents, arguments of counsel, and other materials presented before or during the hearing on this application and any other evidence and argument the Court may consider.

Pursuant to L.R. 7-19.1, on April 9, 2025, the SEC made numerous efforts to contact counsel for Mr. Owens.  *See* Declaration of Kathryn C. Wanner ("Wanner Decl.") ¶ 6, Ex. 4.  On April 9, 2025, at 2:23 pm (PDT), counsel for the SEC called John van Loben Sels, counsel for Owens, at his business number and left a voicemail explaining the SEC's intention to file an *ex parte* application to freeze specific assets of Owens, seek an accounting, and obtain expedited discovery.  *Id.*  At 2:58 pm (PDT), counsel for the SEC followed up on this voicemail message with an email to Mr. van Loben Sels, his associate Brittany Nobles, his assistant Bryn Treloar-Ballard, and attorney Dan P. Sedor at the law firm of Jeffers Mangels and Butler giving notice in writing of the *ex parte* relief the SEC would be seeking.  *Id.*  At 3:08 pm (PDT), counsel for the SEC called the general phone number for Mr. van Loben Sels's firm at (415) 392-1960, where the receptionist explained that Mr. van Loben Sels was traveling but

would call us when he arrived at his destination. *Id.* Counsel for the SEC then attempted to speak to Brittany Nobles, co-counsel to Mr. van Loben Sels, and was told that Ms. Nobles was on a phone call but would call back when her call was completed. *Id.* Counsel for the SEC left a voicemail for Ms. Nobles giving notice of the *ex parte* relief that would be sought. *Id.* At 4:38 pm (PDT), counsel for the SEC again left a voicemail for Ms. Nobles at her extension 3968, reiterating the notice the SEC was providing regarding the *ex parte* relief the SEC would be seeking. *Id.* At 4:59 pm (PDT), counsel for the SEC sent a follow-up email to all of the individuals on the previous email, indicating that the SEC intended to file for *ex parte* relief by 6 pm (PDT) on April 9, 2025. *Id.* At 5:57 pm (PDT), Mr. van Loben Sels responded to the email explaining he had been traveling and requesting substantiation of the emergency basis for the application, and arguing the SEC engaged in bad faith in canceling a prior call. *Id.* At 6:18 pm (PDT), counsel for the SEC responded to Mr. van Loben Sels and offered to orally discuss the application and also provided a summary of the grounds for the emergency relief sought, as well as explained that such relief requires authorization by the SEC and that counsel had waited to notify him until we had such authorization. *Id.* At 6:25 pm (PDT), Mr. van Loben Sels responded he that he could not discuss the proposed application for *ex parte* relief until 1:00 pm the following day. *Id.* A true and correct copy of this email chain is attached as **Exhibit 4** to the Wanner Decl.

///

///

///

///

///

///

///

///

///

3

Thus, it is the SEC's understanding based on Mr. van Loben Sels's written communication that he intends to oppose the relief sought by the SEC's *Ex Parte* Application for a Temporary Restraining Order, Order to Show Cause Why a Preliminary Injunction Should Not Be Granted and Orders: (1) Freezing Specific Assets of Defendant Michael P. Owens; (2) Requiring an Accounting; and (3) Granting Expedited Discovery. *Id.*

DATED:  April 9, 2025                    Respectfully submitted,


                                        */s/ Kathryn C. Wanner*
                                        Kathryn C. Wanner
                                        Donald W. Searles
                                        Counsel for Plaintiff
                                        Securities and Exchange Commission

**PROOF OF SERVICE**

I am over the age of 18 years and not a party to this action.  My business address is:

U.S. SECURITIES AND EXCHANGE COMMISSION,
444 S. Flower Street, Suite 900, Los Angeles, California 90071
Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904.

On April 9, 2025, I caused to be served the document entitled **PLAINTIFF SECURITIES AND EXCHANGE COMMISSION *EX PARTE* APPLICATION FOR A TEMPORARY RESTRAING ORDER, ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT BE GRANTED AND ORDERS (1) FREEZING SPECIFIC ASSETS OF DEFENDANT MICHAEL P. OWENS; (2) REQUIRING AN ACCOUNTING; AND (3) GRANTING EXPEDITED DISCOVERY** on all the parties to this action addressed as stated on the attached service list:

☐ **OFFICE MAIL:**  By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices.  I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:**  By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service.  Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:**  Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐ **HAND DELIVERY:**  I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐ **UNITED PARCEL SERVICE:**  By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☒ **ELECTRONIC MAIL:**  By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒ **E-FILING:**  By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:**  By transmitting the document by facsimile transmission.  The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date: April 9, 2025                         */s/ Kathryn C. Wanner*

                                            Kathryn C. Wanner

5

*SEC v. Dawson Davenport, et al.*
**United States District Court—Central District of California**
**Case No. 8:21-cv-01427-PD**

## SERVICE LIST

John D. Van Loben Sels, Esq. (via CM/ECF)
Sideman & Bancroft LLP
1 Embarcadero Center, 22 Rockridge Road, 22nd Floor
San Francisco, CA 94111
Email:  jvanlobensels@sideman.com
***Attorney for Defendants Dawson L. Davenport, Robert A. Gunton, Andrea J. Lindstrom and Michael P. Owens***

Dan P. Sedor, Esq.
Jeffer Mangels Butler & Mitchell LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067
Email:  dsedor@jmbm.com
***Attorney for Defendants Dawson L. Davenport, Robert A. Gunton, Andrea J. Lindstrom and Michael P. Owens***

Jeremy Hanika, Esq. (via CM/ECF)
Hanika Legal
3670 17th Street
San Francisco, CA 94114
Email:  jeremy@hanikalegal.com
***Attorney for Defendants Dawson L. Davenport, Robert A. Gunton, Andrea J. Lindstrom and Michael P. Owens***

Brittany M. Nobles, Esq. (via CM/ECF)
Sideman & Bancroft LLP
1 Embarcadero Center, 22 Rockridge Road, 22nd Floor
San Francisco, CA 94111
Email:  bnobles@sideman.com
***Attorney for Defendants Dawson L. Davenport, Robert A. Gunton, Andrea J. Lindstrom and Michael P. Owens***

Richard D. Farkas, Esq. (via CM/ECF)
LAW OFFICES OF RICHARD D. FARKAS
18401 Burbank Boulevard, Suite 210
Tarzana, CA 91356
Email:  richarddf@aol.com
Email:  richarddfarkas@gmail.com
***Attorney for Defendant Julie A. Yale***

6

Robert Burch, CFLS (by electronic mail only)
Burch Shepard Family Law Group, APC
20281 SW Birch Street, First Floor
Newport Beach, CA 92660
Email:  rbservice@ocdivorce.net
**_Attorney for Orlina Owens_**

Kathy Buck, CEO (by electronic mail only)
TGG Realty, Inc.
3183 F Airway Avenue, Suite 123
Costa Mesa, CA 92626
Email:  kathybuck@tggri.com